**B9I (Official Form 9I)** (Chapter 13 Case) (12/10)   Case Number **11−36535−KRH**

# UNITED STATES BANKRUPTCY COURT
Eastern District of Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on October 14, 2011.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. Electronically filed documents may be viewed on Court's web site, www.vaeb.uscourts.gov. Computer access available in Clerk's Office at address shown below. NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Warren D. Green<br>aka Warren Douglas Green, aka Warren Douglas Green Sr.<br>204 Forest Ave<br>Richmond, VA 23223 | Bonita A. Green<br>204 Forest Ave<br>Richmond, VA 23223 |
| Case Number:  11−36535−KRH<br>Office Code:   3 | Last four digits of Social−Security or Individual Taxpayer−ID(ITIN) No(s)./Complete EIN:<br>xxx−xx−6544<br>xxx−xx−8494 |
| Attorney for Debtor(s) (name and address):<br>Richard C. Pecoraro<br>Chandler Pecoraro, PLC<br>P.O. Box 17586<br>Richmond, VA 23226<br>Telephone number:  (804) 353−0287 | Bankruptcy Trustee (name and address):<br>Robert E. Hyman<br>P.O. Box 1780<br>Richmond, VA 23218−1780<br>Telephone number:  (804) 775−0979 |

### Meeting of Creditors

Date: **December 1, 2011**    Time: **10:00 AM**

Location: **Office of the U.S. Trustee, 701 East Broad Street − Suite 4300, Richmond, VA 23219−1885**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim

For all creditors (except a governmental unit):  **February 29, 2012**    For a governmental unit: **April 11, 2012**

**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts:  January 30, 2012**

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within thirty (30) days after any amendment to the list or supplemental schedules is filed, whichever is later.

#### Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation

Local Rule 3015−2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:

Date: **January 11, 2012**   Time: **09:10 AM**

Location: **Judge Huennekens − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5000, Richmond, VA 23219**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

#### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>701 East Broad Street<br>Richmond, VA 23219 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>William C. Redden |
| **VCIS 24−hours case information:**<br>Toll Free 1−800−326−5879 | Date:  October 17, 2011 |

# EXPLANATIONS            B9I (Official Form 9I) (12/07)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code §§ 362 and §§ 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to file a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. **Any attachment must be on 8 1/2" by 11" paper. To receive an acknowledgment that your proof of claim has been receive, you must provide an additional copy and postage paid, self–addressed envelope.** |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to a discharge under Bankruptcy Code §§1328(f), you must file a motion objecting to discharge in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2) or (4), you must file a complaint in the bankruptcy clerk's office by the same deadline. The bankruptcy clerk's office must receive the motion or the complaint and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Bankruptcy Clerk's Office | Any document that you file in this bankruptcy case should be filed either electronically, or with the Clerk's Office in Richmond. You may view electronically filed documents, including list of debtor's property and debts and list of property claimed exempt, on Clerk's web site, www.vaeb.uscourts.gov, or at Clerk's office in Richmond. See address on front side of this notice. |

## –– Refer to Other Side for Important Deadlines and Notices ––

**LOCAL RULE DISMISSAL WARNING:** Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, and 2003–1.)

**PAYMENT OF FEES FOR RICHMOND CASE AND ADVERSARY FILINGS AND MISCELLANEOUS REQUESTS:**

**Richmond Division:** Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card.

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://vaeb.uscourts.gov/ebn/index.htm or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov*

**ANY ATTACHMENTS MUST BE 8 1/2 BY 11"**

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT Eastern District of Virginia | PROOF OF CLAIM |
|---|---|
| Name of Debtor: Warren D. Green<br>　　　　　　　Bonita A. Green | Case Number:　11-36535 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:

**Court Claim Number:**_____
(*If known*)

Telephone number:

Filed on:_____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:**　$_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
　(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

　**3a. Debtor may have scheduled account as:** _____
　　(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
　Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

　**Nature of property or right of setoff:**　☐ Real Estate　　☐ Motor Vehicle　　☐ Other
　**Describe:**

　**Value of Property: $**_____　**Annual Interest Rate**___%

　**Amount of arrearage and other charges as of time case filed included in secured claim,**
　**if any: $**_____　**Basis for perfection:** _____

　**Amount of Secured Claim: $**_____　**Amount Unsecured: $**_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

**B10 (Official Form 10) (04/10) - Cont.**

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____**DEFINITIONS**_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____**INFORMATION**_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

```
                          United States Bankruptcy Court
                            Eastern District of Virginia
In re:                                                         Case No. 11-36535-KRH
Warren D. Green                                                Chapter 13
Bonita A. Green
       Debtors                   CERTIFICATE OF NOTICE
District/off: 0422-7          User: smithla                Page 1 of 2                  Date Rcvd: Oct 17, 2011
                              Form ID: B9I                 Total Noticed: 77


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2011.
db/jdb        +Warren D. Green,    Bonita A. Green,    204 Forest Ave,    Richmond, VA 23223-3514
aty           +Richard C. Pecoraro,    Chandler Pecoraro, PLC,    P.O. Box 17586,    Richmond, VA 23226-7586
tr             Robert E. Hyman,    P.O. Box 1780,    Richmond, VA 23218-1780
10753058      +ACE,   5151 N. Harlem Ave Ste 201,    Chicago, IL 60656-3686
10753062       American Family Fitness,    P.O. Box 497,    Layton, UT 84041-0497
10753064       Aspire VISA,    P.O. Box 105341,    Atlanta, GA 30348-5341
10753065      +Auto Finance Company, LLC,    5045 Admiral Wright Road,    Virginia Beach, VA 23462-2523
10753067       BJ's Wholesale Club,    77260 Bell Creek Road,    Mechanicsville, VA 23111-0000
10753072      +CBE Group, Inc,    Attn: Bankruptcy Dept,    PO Box 930,    Waterloo, IA 50704-0930
10753076       CJW Medical Center,    Attn: Patient Account Services,    PO Box 13620,    Richmond, VA 23225-8620
10753069      +Cash Express of Virginia Inc,    3297 Mechanicsville Tpke,    Richmond, VA 23223-1724
10753070      +Cavalier Telephone, LLC,    2134 West Laburnum Ave.,    Richmond, VA 23227-4342
10753074      +Check City,    P.O. Box 970183,    Orem, UT 84097-0183
10753075       CheckCare Systems,    PO Box 36098,    Louisville, KY 40233-6098
10753077      +Comcast,    8029 Corporate Drive,    Nottingham, MD 21236-4977
10753079      +Continental,    c/o Main Street Aquistition,    2877 Paradise Road, Unit 303,
                Las Vegas, NV 89109-5239
10753080       County of Henrico,    Department of Public Utilities,    PO Box 27032,    Richmond, VA 23273-7032
10753081       County of Henrico,    Department of Finance,    P.O. Box 90775,    Richmond, VA 23273-0775
10753082       Credit Management,    P.O. Box 1654,    Green Bay, WI 54305-1654
10753088     ++DOMINION VIRGINIA POWER,    PO BOX 26666,    18TH FLOOR,    RICHMOND VA 23261-6666
              (address filed with court: Dominion Virginia Power,     PO Box 26666,    Richmond, VA 23261-0000)
10753084      +Diamond Springs,    P.O. Box 38668,    Richmond, VA 23231-1168
10753085       Direct TV,    Citifinanical Bankruptcy Dept,    P.O. Box 140489,    Irving, TX 75014-0489
10753087       Diversified Consultants, Inc.,    Attn: Bankruptcy Department,    PO Box 551268,
                Jacksonville, FL 32255-1268
10753090       Eastern Acct Systems Conn Inc,    P.O. Box 837,    Newtown, CT 06470-0837
10753092      +Express Check Advance of VA,    5203 S. Laburnum Ave.,    Richmond, VA 23231-4432
10753095     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
              (address filed with court: Focused Recovery Solutions,     9701 Metroploitan Center,    Suite B,
                Richmond, VA 23236-3662)
10753093      +Farmer Foods,    50 South Airport Drive,    Henrico, VA 23075-2014
10753097      +Gunst Properties LLC,    8545 Patterson Ave Ste 102,    Henrico, VA 23229-6455
10753098      +Health Keepers,    c/o Rawlings Financial Service,    PO Box 2020,    La Grange, KY 40031-2020
10753103      +MCI,    PO Box 361685,    Columbus, OH 43236-1685
10753100      +Main Street Acquisition Co.,    2877 Paradise Road,    Unit 303,    Las Vegas, NV 89109-5239
10753101      +Margolis, Pritzker, Epstein,    & Blatt, P.A.,    110 West Road Suite 222,    Towson, MD 21204-2341
10753102      +Matrix Acceptance Credit,    P.O. Box 224,    Roy, UT 84067-0224
10753104      +Michael Wayne Investments,    6336 East Virginia Beach Blvd,    Norfolk, VA 23502-2827
10753106       NCA,    P.O. Box 550,    Hutchinson, KS 67504-0550
10753107      +NCO Fin/22,    507 Prudential Road,    Horsham, PA 19044-2308
10753108      +New Bedford Corporation,    P.O. Box 31476,    Richmond, VA 23294-1476
10753109      +North Shore Agency,    270 Spagnoli Road,    Suite 111,    Melville, NY 11747-3515
10753110      +Ogden Check Approval Network,    4646 Princess Anne Road,    Virginia Beach, VA 23462-6464
10753111      +Pagano & Associates,    3991 E. Williamsburg Road,    Ste 100,    Sandston, VA 23150-4716
10753112      +Papa John's,    c/o Security Check LLC,    2613 Jackson Ave W,    Oxford, MS 38655
10753115      +Primary Health Group, Inc.,    Johnston-Willis,    P.O. Box 281814,    Atlanta, GA 30384-1814
10753116      +Publisher Clearing House,    P.O. Box 4002931,    Des Moines, IA 50340
10753119       Santa Barbara Bank & Trust,    RE Bankruptcy Dept,    P.O. Box 1390,    Solana Beach, CA 92075-7390
10753120      +Security Check,    2612 Jackson Ave. W,    Oxford, MS 38655-5405
10753122      +St. Mary's Hospital,    Patient Billing,    PO Box 28538,    Richmond, VA 23228-8538
10753123       Suntrust Bank,    RE Bankruptcy Dept,    PO Box 620547,    Orlando, FL 32862-0547
10753125      +Thomas Mallory,    204 Forest Ave,    Richmond, VA 23223-3514
10753126       Tribute,    Payment Processing,    PO Box 790193,    Saint Louis, MO 63179-0193
10753129      +USCB Corporation,    101 Harrison St.,    Archbald, PA 18403-1961
10753127       United Consumers Inc,    14205 Telegraph Road 2nd Floor,    Woodbridge, VA 22192-4615
10753128      +Urosurgical Center of Richmond,    9105 Stony Point Drive,    Richmond, VA 23235-1999
10753130       VA Dept of Taxation,    P.O. Box 2156,    Richmond, VA 23218-2156
10753078     ++VIRGINIA DEPARTMENT OF TAXATION,    P O BOX 2156,    RICHMOND VA 23218-2156
              (address filed with court: Commonwealth of Virginia,     Department of Taxation,    PO Box 1115,
                Richmond, VA 23218-1115)
10753132      +Virginia Urology Center,    5224 Monument Avenue,    Richmond, VA 23226-1405
10753134      +West Asset Management Inc,    PO Box 3331,    Omaha, NE 68103-0331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
10753060       EDI: AFNIRECOVERY.COM Oct 18 2011 03:58:00      AFNI, Inc.,   P.O. Box 3427,
                Bloomington, IL 61702-3427
10753061      +E-mail/Text: bankruptcynotices@aisservicesllc.com Oct 18 2011 04:17:01       AIS Services, LLC,
                50 California Street,    San Francisco, CA 94111-4619
10753057      +E-mail/Text: roseb257@yahoo.com Oct 18 2011 04:16:32      Account Control Systems, Inc.,
                148 Veterans Drive, Ste,    Northvale, NJ 07647-2312
10753059      +Fax: 864-336-7400 Oct 18 2011 05:47:44      Advance America Cash Adance,    3806 Mechanicsville Tpk,
                Richmond, VA 23223-1114
```

```
District/off: 0422-7             User: smithla              Page 2 of 2              Date Rcvd: Oct 17, 2011
                                 Form ID: B9I               Total Noticed: 77

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
10753063     +EDI: ARROW.COM Oct 18 2011 03:58:00      Arrow Financial Services,   Attn: Bankruptcy Dept,
              5996 W. Touhy Avenue,   Niles, IL 60714-4610
10753066      E-mail/Text: bankruptcy@bbandt.com Oct 18 2011 04:15:52      BB & T,   P.O. Box 580002,
              Charlotte, NC 28258-0002
10753071     +EDI: CBCSI.COM Oct 18 2011 03:58:00      CBCS,   Attn: Bankruptcy Department,   PO Box 1810,
              Columbus, OH 43216-1810
10753089      E-mail/Text: TAMAR.GADE@DRIVETIME.COM Oct 18 2011 04:16:34       DT Credit Company, LLC,
              Bankruptcy Dept,   P.O. Box 29018,   Phoenix, AZ 85038-9018
10753086     +EDI: ESSL.COM Oct 18 2011 03:58:00      Dish Network,   Dept 0063,   Palatine, IL 60055-0001
10753094     +EDI: FBDEL.COM Oct 18 2011 03:58:00      First Bank of Delaware,   Think Cash,
              1000 Rocky Run Parkway,   Wilmington, DE 19803-1455
10753096     +E-mail/Text: roseb257@yahoo.com Oct 18 2011 04:16:32      Grandpointe,    c/o ACS,
              148 Veterans Dr. Suite D,   Northvale, NJ 07647-2311
10753083      EDI: IRS.COM Oct 18 2011 03:58:00      Department of the Treasury,   Financial Management Service,
              PO Box 1686,   Birmingham, AL 35201-0000
10753099      EDI: IRS.COM Oct 18 2011 03:58:00      IRS/Insolvency Group,   400 N. 8th Street, Box 76,
              Stop Room 898,   Richmond, VA 23219-0000
10753105     +EDI: MID8.COM Oct 18 2011 03:58:00      Midland Credit Management,   8875 Aero Drive,
              San Diego, CA 92123-2255
10753114      EDI: AMINFOFP.COM Oct 18 2011 03:58:00      Premier Bank Card,   First Premier Bank,   PO Box 5519,
              Sioux Falls, SD 57117-5519
10753117      E-mail/Text: COLLEEN.ATKINSON@RMSCOLLECT.COM Oct 18 2011 04:16:34
              Receivables Management Systems,   PO Box 8630,   Richmond, VA 23226-0630
10753118     +EDI: HCA.COM Oct 18 2011 03:58:00      Retreat Hospital,   2621 Grove Avenue,
              Richmond, VA 23220-4300
10753121      EDI: NEXTEL.COM Oct 18 2011 03:58:00      Sprint,   KSOPHT0101-Z4300,   6391 Sprint Parkway,
              Overland Park, KS 66251-4300
10753124     +E-mail/Text: mwicbk@gmail.com Oct 18 2011 04:16:58      The Auto Connection,
              10920 Midlothian Turnpike,   Richmond, VA 23235-4708
10753131     +EDI: AFNIVZCOMBINED.COM Oct 18 2011 03:58:00      Verizon,   404 Brock Drive,
              Bloomington, IL 61701-2654
10753133      EDI: FUNB.COM Oct 18 2011 03:58:00      Wachovia,   Account Services,   1525 West W.T. Harris Blvd,
              Charlotte, NC 28288-0000
                                                                                              TOTAL: 21

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10753091*      Eastern Acct Systems Conn Inc*,   P.O. Box 837,   Newtown, CT 06470-0837
10753068     ##+Bon Secours,   PO Box 11302,   Richmond, VA 23230-1302
10753073     ##+Check 'N Go,   9121 Staples Mill Road,   Richmond, VA 23228-2026
10753113     ##+Paragon Way Inc.,   2101 W Ben White Blvd.,   Austin, TX 78704-7517
                                                                                   TOTALS: 0, * 1, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2011**                              **Signature:**   *Joseph Speetjens*